AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

BYRON VITERI

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-1766-CBS

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 7, 2003__ in __Essex__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense) knowingly take and carry away, with intent to steal or purloin, United States currency in the amount of $54,680 belonging to, or in the care, custody, control, management, or possession of Fleet Bank,

in violation of Title __18__ United States Code, Section(s) __2113(b) and 2.__

I further state that I am a(n) __Special Agent of the FBI__ and that this complaint is based on the following
                                   Official Title
facts:

See Affidavit of Laurence A. Travaglia

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_Laurence A. [signature]_ SA FBI, BS
Signature of Complainant

Sworn to before me and subscribed in my presence,

__6-15-04__ at __Boston, Massachusetts__
Date                                                    City and State

Charles B. Swartwood /AF
~~JOYCE LONDON ALEXANDER~~
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

[Signature of Judicial Officer]

This form was electronically produced by Elite Federal Forms, Inc.