UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                        MJ 04-1766-CBS

BYRON VITERI,
       Defendant,

## ORDER OF APPOINTMENT OF COUNSEL

June 18, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Page Kelley of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                         CHARLES B. SWARTWOOD, III
                                         MAGISTRATE JUDGE

                                         By the Court:

                                         /s/ Lisa B. Roland
                                         Lisa B. Roland
                                         Deputy Clerk